DEVIER *v.* JONES ·& WHITEHEAD.

COBB, J. This case turned mainly on questions of fact, as to which the evidence was conflicting, and that introduced by the defendants in error was sufficient to support the verdict rendered in their favor. There was no error in admitting the evidence objected to, with the restriction which the court applied to the same; and the request to charge was not precisely adapted to the issues in controversy. There was no abuse of discretion in denying a new trial.

*Judgment affirmed.    ·All the Justices concurring.*

Submitted March 27, — Decided April 25, 1899.

Complaint for land. Before Judge Janes. Polk superior court. July 5, 1898.

*C. E. Carpenter* and *H. M. Wright,* for plaintiff in error. *Fielder & Mundy,* contra.

---

COKER *v.* CARROLLTON DRY GOODS COMPANY, for use, etc.

SIMMONS, C. J. An appeal to a jury in a justice's court will not lie from a judgment of the justice of the peace dismissing the case for want of prosecution. *Toole* v. *Edmondson,* 104 *Ga.* 776; *Humphries* v. *Blalock,* 100 *Ga.* 404.             *Judgment reversed.    All the Justices concurring.*

Argued March 27, — Decided April 25, 1899.

Certiorari. Before Judge Harris. Carroll superior court. January 31, 1898.

*Reese & Gordon,* for plaintiff in error. .
*L. D. McPherson* and *Capers Hodnett,* contra.